**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 23-14564 JGR |
| CAMERON ALEXANDER QUINONEZ, | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | |

**ORDER GRANTING TRUSTEE'S MOTION TO APPROVE DEBTORS PURCHASE OF**
**ESTATE ASSETS AND TURNOVER OF ESTATE PROPERTY**

THIS MATTER, having come before the Court upon the Motion to Approve Debtor's Purchase of Estate Assets and Turnover of Estate Property (the "Motion") filed by the chapter 7 trustee, David V. Wadsworth, and the Court being duly advised in the premises, it hereby

ORDERED that the Motion is GRANTED and the Debtor's purchase of estate assets and turnover of estate property to the Trustee described in the Motion is APPROVED.

DATED this 30th day of January, 2024.

BY THE COURT:

_____
BANKRUPTCY JUDGE