United States Bankruptcy Court
District of Colorado

In re:     Case No. 23-14564-JGR
Cameron Alexander Quinonez     Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 1082-1     User: admin     Page 1 of 1
Date Rcvd: Jan 30, 2024     Form ID: pdf904     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2024:**

**Recip ID     Recipient Name and Address**
db     + Cameron Alexander Quinonez, 2900 East Yarrow Cir., Louisville, CO 80027-6009

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 01, 2024     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2024 at the address(es) listed below:

**Name     Email Address**

David V. Wadsworth, Trustee
    dwadsworth@wgwc-law.com CO30@ecfcbis.com

Michael J. Wink
    on behalf of Debtor Cameron Alexander Quinonez mike@winkandwink.com gailyn@winkandwink.com;winkandwinkECF@gmail.com

US Trustee
    USTPRegion19.DV.ECF@usdoj.gov

TOTAL: 3

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: ) | |
| ) | Case No. 23-14564 JGR |
| CAMERON ALEXANDER QUINONEZ, ) | |
| ) | Chapter 7 |
| Debtor. ) | |
| ) | |

**ORDER GRANTING TRUSTEE'S MOTION TO APPROVE DEBTORS PURCHASE OF ESTATE ASSETS AND TURNOVER OF ESTATE PROPERTY**

THIS MATTER, having come before the Court upon the Motion to Approve Debtor's Purchase of Estate Assets and Turnover of Estate Property (the "Motion") filed by the chapter 7 trustee, David V. Wadsworth, and the Court being duly advised in the premises, it hereby

ORDERED that the Motion is GRANTED and the Debtor's purchase of estate assets and turnover of estate property to the Trustee described in the Motion is APPROVED.

DATED this 30th day of January, 2024.

BY THE COURT:

_____
BANKRUPTCY JUDGE