# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) Case No. 23-14564 JGR |
| CAMERON ALEXANDER QUINONEZ, | ) |
| | ) Chapter 7 |
| | ) |
| Debtor. | ) |

## REPORT OF SALE

COMES NOW the Chapter 7 Trustee, David V. Wadsworth ("Trustee"), and pursuant to Rule 6004(f)(1) of the Federal Rules of Bankruptcy Procedure herein states as follows:

1. Pursuant to the Court Order dated January 30, 2024, the Trustee sold the sports memorabilia to Mr. Quinonez for the sale price of $2,000.00.

Dated: June 10, 2024.

Respectfully submitted,

*/s/ David V. Wadsworth*
David V. Wadsworth, Trustee, #32066
2580 West Main Street, Suite 200
Littleton, Colorado 80120
(303) 296-1999 / (303) 296-7600 FAX
E-mail: dwadsworth@wgwc-law.com
Chapter 7 Trustee

## CERTIFICATE OF MAILING

      I HEREBY CERTIFY that on June 10, 2024, a true and correct copy of the foregoing **REPORT OF SALE**, was served electronically through CM/ECF, where indicated, or United States mail, postage prepaid and properly addressed to:

U.S. Trustee
USTPRegion19.DV.ECF@usdoj.gov

Cameron Alexander Quinonez
2900 East Yarrow Cir.
Louisville, CO 80027

Michael J. Wink
mike@winkandwink.com

                                          */s/ Dorelia E. Tackett*
                                     For David V. Wadsworth, Chapter 7 Trustee